ALI ABTAHI (State Bar No. 224688)
aabtahi@abtahilaw.com
IDENE SAAM (State Bar No. 258741)
isaam@abtahilaw.com
**ABTAHI LAW FIRM**
1012 Torney Avenue
San Francisco, CA  94129
Tel: (415) 639-9800
Fax: (415) 639-9801

*[Additional Counsel in Signature Block]*

Attorneys for Plaintiff

Rik Tozzi (Pro Hac Vice)
rtozzi@burr.com
**BURR FORMAN LLP**
420 North 20th Street, Suite 3400
Birmingham, AL 35203
Tel: (205) 458-5152
Fax: (205) 278-6948

*[Additional Counsel in Signature Block]*

Attorneys for Defendant

*IT IS SO ORDERED*
*Judge Edward J. Davila*
5/9/2014

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHRISTINE G. GABALI, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>ONEWEST BANK, N.A.<br><br>(f/k/a ONEWEST BANK, FSB),<br><br>    Defendant. | Case No.: 5:12-cv-2901 EJD<br><br>**STIPULATION OF DISMISSAL** |

STIPULATION OF DISMISSAL
Case No.: 5:12-cv-2901 EJD

# STIPULATION OF DISMISSAL

Please take notice that pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, Plaintiff Christine G. Gabali and Defendant OneWest Bank, N.A. (f/k/a OneWest Bank, FSB) hereby stipulate to the dismissal of Plaintiff's claims in this action with prejudice, and with each party to bear its own costs. The Clerk shall close this file

Dated: May 8, 2014         **ABTAHI LAW FIRM**

By: /s/ Ali Abtahi
Ali Abtahi (State Bar No. 224688)
Idene Saam (State Bar No. 258741)
ABTAHI LAW FIRM
1012 Torney Avenue
San Francisco, CA 94129
Tel: (415) 639-9800
Fax: (415) 639-9801
aabtahi@abtahilaw.com
isaam@abtahilaw.com

T. Christopher Tuck (*Pro Hac Vice*)
RICHARDSON PATRICK WESTBROOK &
  BRICKMAN, LLC
P.O. Box 1007
Mt. Pleasant, SC  29465
Tel: (843) 727-6500
Fax: (843) 216-6509
ctuck@rpwb.com

*Attorneys for Plaintiff*

Dated: May 8, 2014

By: /s/ Rik Tozzi

DYKEMA GOSSETT LLP
J. Kevin Snyder (SBN 107509)
ksnyder@dykema.com
Brian H. Newman (SBN 205373)
bnewman@dykema.com
333 South Grand Avenue, Suite 2100
Los Angeles, California 90071
Telephone:    (213) 457-1800
Facsimile:    (213) 457-1850

O'MELVENY & MYERS LLP
Elizabeth L. McKeen (SBN 216690)

emckeen@omm.com
Edgar H. Martinez (SBN 255503)
emartinez@omm.com
610 Newport Center Drive, Suite 1700
Newport Beach, California  92660-6429
Telephone:   (949) 823-6900
Facsimile:    (949) 823-6994

*Attorneys for Defendant*

## **LOCAL RULE 5-1(i)(3) ATTESTATION**

In accordance with Local Rule 5-1(i)(3), concurrence in the filing of this document has been obtained from each of the signatories. I shall maintain records to support this concurrence for subsequent production if so ordered by this Court or requested by a party.

DATED: May 8, 2014              **ABTAHI LAW FIRM**


                                By:  /s/ Ali Abtahi
                                     Ali Abtahi
                                     Attorneys for Plaintiff